OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



UNITED STATES POSTAGE
PITNEY BOWES

02 1R          $ 00.26⁵
0006557458    DEC 23 2014
MAILED FROM ZIP CODE 78701

12/19/2014
SMITH, KENNETH EARL    Tr. Ct. No. 1246787-A          WR-82,611-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

RTS Release

Abel Acosta, Clerk

KENNETH EARL SMITH

U TF